**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00036-CV

**LANDAMERICA COMMONWEALTH TITLE COMPANY, ET AL., Appellants**

**V.**

**MICHAEL WIDO, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17536**

## ORDER

We **GRANT** appellees' October 10, 2014 motion to amend their brief. We **ORDER** appellees' amended brief tendered to this Court on October 13, 2014 filed as of the date of this order.

/s/ ELIZABETH LANG-MIERS
   JUSTICE